IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES KUPKA<br>TROY H. BOEHM<br>JOSEPH T. PENNINGTON<br>LARRY J. PARK<br>MICHAEL R. CARTER<br>GREAORY EASON<br>ANDREW J. ALTHOUS<br>ROBERT N. SANCHELLI<br>MARANDA J. BRICKER,<br><br><br>Defendants. | ORDER TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS<br>HELENA SITE<br>CVB Violation Nos:<br><br>6:17-po-05004-KLD<br>6:17-po-05059-KLD<br>6:17-po-05060-KLD<br>6:18-po-05007-KLD<br>6:19-po-05034-KLD<br>6:19-po-05035-KLD<br>6:19-po-05040-KLD<br>6:19-po-05042-KLD<br>6:19-po-05052-KLD |
|---|---|

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, having moved for an order dismissing all violations set forth above and quashing the corresponding outstanding arrest warrants and good cause appearing,

IT IS HEREBY ORDERED that the listed citations are dismissed.

1

IT IS FURTHER ORDERED that all outstanding arrest warrants are quashed.

Dated this 1st day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

**JENNIFER S. CLARK**
Assistant U.S. Attorney
P.O. Box 8329
Missoula, Montana 59807
Phone: (406) 542-8851
FAX:   (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**CHARLES KUPKA**<br>**TROY H. BOEHM**<br>**JOSEPH T. PENNINGTON**<br>**LARRY J. PARK**<br>**MICHAEL R. CARTER**<br>**GREAORY EASON**<br>**ANDREW J. ALTHOUS**<br>**ROBERT N. SANCHELLI**<br>**MARANDA J. BRICKER,**<br><br>　　　　　　**Defendants.** | **MOTION TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS**<br>**HELENA SITE**<br>**CVB Violation Nos:**<br><br>6:17-po-05004-KLD<br>6:17-po-05059-KLD<br>6:17-po-05060-KLD<br>6:18-po-05007-KLD<br>6:19-po-05034-KLD<br>6:19-po-05035-KLD<br>6:19-po-05040-KLD<br>6:19-po-05042-KLD<br>6:19-po-05052-KLD |

The United States of America, represented by Jennifer S. Clark, Assistant

United States Attorney for the District of Montana, moves the Court for an order

1

dismissing the above citation in the interest of justice and quashing any outstanding warrants.  A proposed order accompanies this motion.

DATED this 1st day of December, 2021.

> LEIF M. JOHNSON
> United States Attorney
>
> _____/s/ Jennifer S. Clark _____
> JENNIFER S. CLARK
> Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 47.1, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more.

DATED this 1st day of December, 2021.

           _____/s/ Jennifer S. Clark _____
           JENNIFER S. CLARK
           Assistant U.S. Attorney